BLANK ROME LLP
Jeremy J. O. Harwood
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel: (212) 885-5000
Fax: (212) 885-5001

Attorneys for the Petitioner

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>THE CONTAINERSHIP COMPANY (TCC) A/S<br><br>Debtor in a Foreign Proceeding | Chapter 15<br>Case No. 11-Civ |

**DECLARATION OF FOREIGN**
**REPRESENTATIVE AS REQUIRED BY 11 U.S.C. § 1515**

I, Jørgen Hauschildt, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury of the laws of the United States as follows:

1. I am a partner of the Danish law firm Bech-Brun.

2. I am over the age of 18 and, if called upon, could testify to all matters set forth in this statement, except for those portions specified as being otherwise. I respectfully submit this Declaration (the "Declaration") in support of my (a) Petition for Entry of an Order Recognizing Foreign Main Proceeding and Granting Further Relief (the "Petition"); and (b) Ex Parte Application for Provisional Relief Under 11 U.S.C. §§ 1519(a) and 1521(a) (the "Application").

3. On April 8, 2011, THE CONTAINERSHIP COMPANY (TCC) A/S (the "Company"), a private company incorporated in Denmark, applied for bankruptcy

"reconstruction" under the Danish Bankruptcy Act of June 8, 2007 (as amended) (the "Act") in the Copenhagen Commercial and Maritime Court, Bankruptcy Division, Denmark (the "Danish Court") which received the petition and issued an order with respect to the Company (the "Order") dated April 11, 2011. A copy is attached with a notarized translation as **Exhibit A** to the declaration of Michael Serring.

4. Upon commencement of the proceeding, the Danish Court appointed me as the "reconstructor" or "trustee" of the Company, to act as the reconstructor in the proceeding, with the power to conduct all of the Company's business and manage all of its property, subject to the Danish Court's supervision.

5. It is my belief that the Danish Bankruptcy Proceeding is the only non-ancillary foreign proceeding with respect to the Company.

6. I believe that the Danish Bankruptcy Proceeding is a "foreign main proceeding" as I have been advised that term is defined in sections 101(23) and 1502(4), respectively, of title 11 of the United States Code (the "Bankruptcy Code"), as, among other things, the registered office of the Company is sited in Denmark, which is the center of main interests of the Company within the meaning ascribed in section 1516(c) of the Bankruptcy Code.

7. To the best of my information and belief: (i) I qualify as a "foreign representative" appointed in a "foreign Proceeding" as referred to in 11 U.S.C. §§ 101(23) and (24); (ii) this case was properly commenced in accordance with the requirements of Chapter 15; and (iii) the Danish Proceeding is a "foreign main proceeding" as set forth in 11 U.S.C. §§ 1502(4) and 1517(b)(1). In addition, and as set forth in the Application, I submit that the requested provisional relief is necessary in order to maintain the status quo so as to

prevent the dissipation, seizure, attachment, and/or enforcement of liens and/or judgments against the Debtor's assets within the United States (the "U.S. Assets") and is specifically permitted under 11 U.S.C. §§ 1519(a) and 1521(a).

8. As petitioner and foreign representative of the Company, I have directed my special United States counsel, Blank Rome LLP to: (a) commence this Chapter 15 case for the Company; (b) seek relief to prohibit parties from commencing or initiating litigation against the Company in the United States or taking steps to enforce judgments or execute against the Company's asset in the United States; and (c) seek such additional assistance as I may request from time to time to facilitate the Danish Bankruptcy Proceeding and the orderly administration of the Company's affairs.

9. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

IN WITNESS WHEREOF, I have executed this declaration under penalty of perjury under the laws of the United States of America this 26th day of May, 2011.

Executed at Copenhagen, Denmark
on May 26, 2011

_____
Jørgen Hauschildt, as court appointed
Reconstructor of THE CONTAINERSHIP
COMPANY (TCC) A/S